**Order entered September 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00985-CR

**RANDY LOPEZ MILLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1422077-S**

## ORDER
Before Justices Lang-Miers, Brown, and Schenck

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandate in this appeal **INSTANTER**.


/s/      DAVID J. SCHENCK
JUSTICE